## Joseph Frazer, Appellee, v. Charles Kuntzeman, Appellant.

### Gen. No. 20,777.    (Not to be reported in full.)

Appeal from the City Court of Chicago Heights; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed October 6, 1915.

### Statement of the Case.

Suit by Joseph Frazer against Charles Kuntzeman to recover one hundred dollars paid by plaintiff to defendant for rent for the months of May and June, of certain premises owned by defendant, situated on Sixteenth street, Chicago Heights, Cook county, Illinois. The suit was originally brought before a justice of the peace. Upon trial in that court, judgment for a like amount was entered, from which an appeal was taken to the City Court of Chicago Heights, where, upon trial *de novo* before the court without a jury, the judgment in favor of plaintiff for one hundred dollars herein appealed from was entered.

ROBERT A. MEIER, for appellant; GEORGE A. BRINKMAN, of counsel.

No appearance for appellee.

MR. JUSTICE PAM delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1414*—*when finding of trial court not disturbed on review.* A finding of a court upon a question of fact where a jury is waived will not be disturbed unless clearly and manifestly against the weight of the evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.